AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:24-cr-0008
The Property More Particularly Described in Attachment )
A to the Affidavit of Special Agent Christopher Williams )
dated December 5, 2023 )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Attachment A to the affidavit of Special Agent Christopher Williams dated December 5, 2023

located in the _____ District of _____ South Carolina _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to to the affidavit of Special Agent Christopher Williams dated December 5, 2023

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 26 USC 7201 | Attempt to Evade or Defeat Tax |
| 26 USC 7206(1) | Filing False Tax Return |

The application is based on these facts:
See attached affidavit of Special Agent Christopher Williams dated December 5, 2023

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Christopher Williams*
Applicant's signature

SA Christopher Williams
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone *(specify reliable electronic means)*.

Date: 12/05/2023

*Mary Gordon Baker*
Judge's signature

City and state: Charleston, South Carolina

The Honorable Mary Gordon Baker
Printed name and title